OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1M    $ 00.26⁵
0004279596    JAN 27 2015
MAILED FROM ZIP CODE 78701

1/26/2015
Eikelboom, Stephen Farrell    Tr. Ct. No. 94-106-K277A    WR-81,534-01

On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

RTS
NO LONGER AT
THIS FACILITY

STEPHEN FARRELL EIKELBOOM
WILSON COUNTY JAIL
300 10TH ST, UNIT 4
P.O. BOX 7
FLORESVILLE, TX 78114

U.TF

N3B 78114